I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST ~~RECENT ADDRESS OF~~ RECORD IN THIS ACTION ON THIS DATE.

DATED: 10/27/09

DEPUTY CLERK

Entered JS-6

CLERK, U.S.D.C. SOUTHERN DIVISION
OCT 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SYLVESTER BACON,

    Petitioner,

vs.

KEN CLARK, Warden,

    Respondent.

Case No. CV 09-4088-CAS (RNB)

**JUDGMENT**

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 26, 2009

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

_Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE